CLINTON D. RIEGEL, Appellant, *v.* GEORGE H. LARNARD, Respondent.

*Riegel* v. *Larnard*, 178 App. Div. 355, affirmed.
Submitted May 28, 1919; decided July 15, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 14, 1917, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by

the court at a Trial Term. The complaint alleged the conveyance to the plaintiff by defendant of certain premises by warranty deed and that part of the premises described was owned by a third party. The answer denied ownership or right of possession by other than plaintiff of any part of the premises described in the deed and set up as an affirmative defense that defendant did not own the plot in controversy at the time of the conveyance and that plaintiff had knowledge of such lack of ownership.

*James O. Sebring* and *Charles C. Annabel* for appellant.
*Frank A. Bell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-BACK, HOGAN, MCLAUGHLIN and CRANE, JJ.